Law Offices of Orly Taitz

29839 Santa Margarita PKWY, ste 100

Rancho Santa Margarita CA 92688

ph 949-683-5411 fax 949-766-7603

ATTORNEY FOR CREDITOR MEDICAL DENTAL

DEVELOPMENT LLC

Orly.taitz@hushmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re David Johnson                    ) Case No.: 16-00398 JAK

_____

### NOTICE OF ERROR BY THE BANKRUPTCY COURT

Appellant hereby notifies the District Court that the Bankruptcy Court never sent to the court reporter the audio recording of the 05.07.12. hearing, as ordered by the appellant. (Exhibit 1-Copy of the order of 05.07.12 hearing in case 11-bk-20423) Today the court reporter filed the transcript of what was sent to her, and instead of the transcript of 05.07.12 hearing it was a transcript of 03.07.2016 statement by Judge Wallace stating that he previously vacated the hearing scheduled for 03.07.2016. (Exhibit 2 Transcript). Appellant's attorney talked to the court

reporter, Holly Martens from Briggs reporting, she stated that the bankruptcy court never sent her the audio recording of 05.07.12 hearing.(Declaration of Orly Taitz attached.)

Respectfully submitted,

/s/ Orly Taitz

Attorney for Appellant, Medical Dental Development, LLC

05.18.2016

Certificate of service

I, Orly Taitz, declare that the appellee received a copy of the attached pleading via

ECF on 05.18.2016

/s/ Orly Taitz

05.18.2016

Declaration of Orly Taitz

I, Orly Taitz have personal knowledge of the following:

On 05.18.2016 I personally talked to Holly Martens, court reporter from Briggs reporting services, and she stated that the bankruptcy court never sent her the audio of the 05.07.12 hearing as requested by the appellant.

I declare that the information above is true and correct.

/s/ Orly Taitz

05.18.2016

# EXHIBIT 1

EXHIBIT 1

Case 8:11-bk-20423-MW   Doc 48   Filed 04/25/16   Entered 04/25/16 12:05:15   Desc
Main Document   Page 1 of 1

**FILED UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

APR 25 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**TRANSCRIPT ORDER FORM**

ORDER No. _____
CHAPTER 7
APPEAL? ☒ Yes ☐ No
APPEAL No. SACV16-00398-JAK (if known)

(File this form on the related case docket)
Ordering Party's Name: Medical Dental Developer LLC   Attorney Bar # 223433
Law Firm: Law Offices of Orly Taitz
Mailing Address: 29839 S. Margarita ste 100
Rancho Santa Margarita, CA 92688
Person to Contact: Orly Taitz
Telephone: (949) 683-5411   E-mail: orly.taitz@hushmail.com
Bankruptcy Case #: 11-bk-20423-MW   Adversary Proceeding #/MP #: _____
Date of Hearing (complete a SEPARATE form for EACH hearing date): 05.07.12   Time: 2:00 PM
Debtor: David Johnson   MedDental Ins LLC
Adversary Proceeding Name: Motion to reopen vs. David Johnson
Hearing Judge: M. Wallace   Courtroom #: SA 6C
TRANSCRIBER: Briggs Reporting   ALTERNATE: Ben Hyatt Cert. Depo. Reporters
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. DO NOT USE THIS FORM. For 341(a) Recording Request Procedures, visit the U.S. Trustee website www.justice.gov/ust/r16

Transcript Type:   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
Copy of Existing Transcript: Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☒ Entire Hearing
☐ 14 Days              ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)   ☐ Testimony of Witness _____
☐ Daily (24 hours)     ☐ Other*   (name of witness)

*Special Instructions: _____
Transcript due dates are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

**TO BE COMPLETED BY THE COURT**

☐ Judge Ordered Transcript**: Clerk must docket this form; CM/ECF will automatically notify Procurement.
Date Request Filed: 4/25/16   Date Sent to Transcriber: 4/25/16   By ☒ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording) 2u-49
(Tape #:___) Time Start (Index #): 2:04   Time End (Index #): 2:25:05   Time Start: ___ Time End: ___
(Tape #:___) Time Start (Index #): ___   Time End (Index #): ___   Time Start: ___ Time End: ___
Court Recorder: Rick Reed   Division: SA   Processed by: James Le

**NOTE TO TRANSCRIBER**
**Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote prior to commencement of work.
Rev. 8/2015. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**EXHIBIT 2**

```
 1                UNITED STATES BANKRUPTCY COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                          --oOo--

 4  In Re:                        ) Case No. 8:11-bk-20423-MW
                                  )
 5  DAVID A. JOHNSON,             ) Chapter 7
                                  )
 6           Debtor.              ) Santa Ana, California
    _____) Monday, March 7, 2016
 7                                  2:00 p.m.

 8                                HEARING RE: MOTION TO REOPEN
                                  DUE TO FRAUD AND NON-
 9                                DISCLOSURE OF INHERITANCE AND
                                  VALUE OF BUSINESS
10

11              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE MARK WALLACE
12            UNITED STATES BANKRUPTCY JUDGE

13  APPEARANCES:                  (None.)

14  Court Recorder:               Rick Reid
                                  United States Bankruptcy Court
15                                411 West Fourth Street
                                  Santa Ana, California 92701
16

17  Transcriber:                  Briggs Reporting Company, Inc.
                                  4455 Morena Boulevard
18                                Suite 104
                                  San Diego, California 92117
19                                (310) 410-4151

20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

```
                                                                      1

 1      SANTA ANA, CALIFORNIA   MONDAY, MARCH 7, 2016   2:00 PM
 2                              --oOo--
 3      (Call to order of the Court.)
 4              THE COURT:  We'll now move back to the top of the
 5  calendar, matter number 1, David Johnson, case number 11-
 6  20423, motion to reopen case due to fraud.  This hearing has
 7  been vacated and off calendar by reason of an order entered
 8  February 24th, 2016.
 9      (Proceedings concluded.)
10
11              I certify that the foregoing is a correct
12  transcript from the electronic sound recording of the
13  proceedings in the above-entitled matter.
14
15  /s/ Holly Martens_____          5-18-16_____
    Transcriber                       Date
16
17
18
19
20
21
22
23
24
25
```

*Briggs Reporting Company, Inc.*